UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ALAN BALL,<br><br>        Plaintiff,<br><br>    v.<br><br>PILOT TRAVEL CENTERS LLC,<br><br>        Defendant. | Case No. 1:24-cv-00256-JLT-CDB<br><br>ORDER GRANTING COUNSEL FOR PLAINTIFF'S REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 16) |

      Pending before the Court is counsel for Plaintiff's notice and request to seal a document, filed (Doc. 16) and emailed to the undersigned's chambers on May 31, 2024, described as an attorney declaration in connection with counsel for Plaintiff's pending motion to be relieved as counsel of record (Doc. 15) that contains personal identifying information of Plaintiff.

      The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in counsel for Plaintiff's notice and request, sealing the declaration of counsel serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Plaintiffs would be harmed. Given that a redacted version of the declaration is available to the public, the Court further finds that there are no additional alternatives to sealing the declaration that would adequately protect the compelling interests identified by counsel for Plaintiff.

1   Accordingly, pursuant to Local Rule 141 and based upon the representations contained in
2 counsel for Plaintiff's notice and request, IT IS HEREBY ORDERED that the declaration of counsel
3 for Plaintiff dated May 30, 2024, shall be SEALED until further order of this Court.
4   It is FURTHER ORDERED within five days of the date of this Order, counsel for Plaintiff
5 shall submit a copy of this Order, the request for sealing and the document to be sealed (counsel for
6 Plaintiff's declaration) by email to the Operations Section of the Clerk of the Court:
7   ApprovedSealed@caed.uscourts.gov
8 IT IS SO ORDERED.

Dated: **June 13, 2024**

_____
UNITED STATES MAGISTRATE JUDGE