UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ALAN BALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PILOT TRAVEL CENTERS, LLC,<br><br>　　　　Defendant. | Case No.: 1:24-cv-0256 JLT CDB<br><br>ORDER ADOPTING IN PART THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 29) |

Jeff Alan Ball seeks to hold the defendant liable for retaliation and violation of California's wage and hour laws. (*See generally* Doc. 5-1.) The magistrate judge found "Plaintiff has failed to comply with this Court's Local Rules and the Court's orders, and in so doing is failing to prosecute his case…" (Doc. 29 at 4.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit, and recommended the action be dismissed without prejudice. (*Id.* at 2-4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 29 at 4.) The Court advised Plaintiff that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

Having carefully reviewed the matter, the Court concludes the findings that Plaintiff failed to comply with the Court's order and failed to prosecute the action following the withdrawal of his attorney are supported by the record and proper analysis. However, the magistrate judge did not identify the Local Rule with which Plaintiff failed to comply in the Findings and Recommendations. Rather, the only Local Rule specifically referenced in the analysis relates to this Court's authority to impose sanctions. (*See* Doc. 29 at 2, citing Local Rule 110.) Given the lack of clarity, the Court declines to adopt the finding that Plaintiff failed to comply with the Local Rules. Nevertheless, the Court adopts the recommendation for dismissal for Plaintiff's failure to comply with the Court's order and failure to prosecute following the withdrawal of his counsel.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 27, 2024 (Doc. 29) are **ADOPTED** in part.
2. The action is **DISMISSED** without prejudice due to Plaintiff's failure to comply with the Court's order and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __September 16, 2024__                             /s/ Jennifer L. Thurston
                                                          UNITED STATES DISTRICT JUDGE